622 A.2d 744

ONE 1987 MERCURY SERIAL NO. 1MEBM6037HH68121

v.

MAYOR AND CITY COUNCIL OF BALTIMORE.

No. 106, Sept. Term, 1992.

Court of Appeals of Maryland.

April 6, 1993.

William R. Teets, Jr. (Lawrence B. Rosenberg, Rosenberg & Brown, P.A., on brief), Baltimore, for petitioner.

William R. Phelan, Jr. (Stuart O. Simms, State's Atty., Thomas S. McElroy, Asst. State's Atty., Neal M. Janey, City Solicitor, Marcia L. Conlin, Asst. Solicitor, all on brief), Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 6th day of April, 1993

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.